UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
J.B., et al.,                                                 :
                                    Plaintiffs,               :
                                                              :         21 Civ. 8525 (LGS)
            -against-                                         :
                                                              :                ORDER
NEW YORK CITY DEPARTMENT OF                                   :
EDUCATION,                                                    :
                                    Defendant.                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated February 24, 2022, directed the parties to file a joint status letter by March 30, 2022.  (Dkt. No. 15.)

      WHEREAS, no such joint status letter was filed.  It is hereby

      **ORDERED** that by **April 8, 2022**, the parties shall file a joint status letter.

Dated: April 4, 2022
       New York, New York

                                   LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE